AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the

District of Kansas

| | | |
|---|---|---|
| United States of America<br>v. | ) ) ) ) ) ) ) ) | Case No.   26-MJ-8089-01-ADM |
| CHRISTIAN PAGE<br>*Defendant* | | |

**RECEIVED**

**By  US Marshals Service at 7:40 am, May 05, 2026**

## ARREST WARRANT

To:      Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*    CHRISTIAN PAGE                                                                                                    ,
who is accused of an offense or violation based on the following document filed with the court:

❏ Indictment        ❏ Superseding Indictment        ❏ Information        ❏ Superseding Information        ☑ Complaint
❏ Probation Violation Petition        ❏ Supervised Release Violation Petition        ❏ Violation Notice        ❏ Order of the Court

This offense is briefly described as follows:

   18 U.S.C. § 2252A(a)(5)(B) - possession of child pornography

Date:       05/04/2026

*Issuing officer's signature*

City and state:      Kansas City, Kansas

Honorable Angel D. Mitchell, U.S. Magistrate Judge
*Printed name and title*

| **Return** |
|---|

This warrant was received on *(date)* 5/5/26                          , and the person was arrested on *(date)* 5/5/26
at *(city and state)*                                                     .

Date:  5/5/26

*Arresting officer's signature*

allie kuebler    Investigative Analyst on behalf of FBI
*Printed name and title*