**CLERK'S COURTROOM MINUTE SHEET – CRIMINAL**

**PRETRIAL PROCEEDINGS**

**UNITED STATES OF AMERICA,**                              Audrey McCormick, AUSA

          **Plaintiff,**

**v.**                                          **Case No:    26-cr-20049-DDC-ADM**

 **CHRISTIAN PAGE,**                              **Bailey Kennedy obo Laquisha Ross, FPD**

       **Defendant.**

| JUDGE: | Judge Wieland | DATE: | 6/8/2026 |
|---|---|---|---|
| CLERK: | VaMeshia Perry | TAPE/REPORTER: | FTR/JBW: 1:34 |
| INTERPRETER: | N/A | PROBATION: | Samantha Bullock |

## PROCEEDINGS

☒**Initial Rule 5/Rule 5(c)(3)** -    **10**   minutes        ☐Initial Revocation Hearing        ☐Bond Hearing
☐Detention Hearing                ☐Preliminary Hearing        ☐Bond Revocation Hearing
☒**Arraignment - 1  minutes**
☐Discovery Conference
☒**Violations explained to defendant**                ☒**Defendant sworn/examined re: financial status (voucher)**
                                        ☒**Counsel – Bailey Kennedy, FPD**

☒**Constitutional Rights Explained**
☒**Felony**        ☐Misdemeanor
☐Declines to Waive Indictment        ☐Will be presented to next Grand Jury
☐Signed Waiver of Indictment        ☐Information filed Click here to enter text.
☐Advised of Rights Under Rule _____
☐Signed Consent to Transfer _____
☐ **Waived Reading of:**        ☒ **Read to Defendant:**
                ☒ **Indictment**
                ☐ **Information**
                ☒ **Counts: 1-5**
☐**Guilty**    ☒**Not Guilty**
☐Bail Revoked
☐Bail Fixed at:  $_____
☐Release Order executed
☐Continued on present bond
☒**Remanded to Custody pending trial.**
☒**Case Management Order will be issued by Magistrate Judge Wieland.**
☒ **Status Hearing set for July 21, 2026 at 10:00 a.m. in courtroom 476 before Judge Crabtree.**

**OTHER:   Defendant appears in person, in custody, with appointed counsel Bailey Kennedy on behalf of Laquisha Ross. Defendant appeared for detention hearing on May 11, 2026 before Judge Mitchell. Defendant is set for status hearing before Judge Crabtree on July 21, 2026 at 10am. Defendant is remanded to the custody of the U.S. Marshal Service.**